UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    United States of America,

                                                                        NOTICE RE: CHANGE OF
                                                                           TIME OF HEARING

        -against-
                                                                           7:18-CR-00776 (CS) (7)


    Justin Fabricant,
                              Defendant(s).
------------------------------------------------------------X


The Violation of Supervised Release hearing previously scheduled before this Court for **October 18, 2021 at 12:00 p.m.** will be held at **11:00 a.m.** (same date) at the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.


                                                            /s/ Walter Clark, Courtroom Deputy

Dated:   October 12, 2021
           White Plains, New York